FRANCISCO SANTOS, recurrido, *v.* COMISIÓN ESTATAL DE ELECCIONES, recurrida; HÉCTOR LUIS ACEVEDO, en su condición de miembro de la COMISIÓN ESTATAL DE ELECCIONES en representación del PARTIDO POPULAR DEMOCRÁTICO, recurrente.

*Número:* O-80-715      *Resuelto:* 23 de junio de 1981

352

*Pedro E. Ortiz Álvarez* y *Guillermo Mojica Maldonado*, abogados del recurrente; los recurridos no comparecieron.

EL JUEZ ASOCIADO SEÑOR NEGRÓN GARCÍA emitió la opinión del Tribunal.

Francisco Santos, alcalde entonces incumbente del Municipio de Aibonito se postuló nuevamente como candidato independiente directo (*write in*) en las elecciones generales del pasado 4 de noviembre de 1980. Recibió 2,270 votos. La Comisión Estatal de Elecciones certificó electo al candidato del Partido Popular Democrático, Benigno Capó, quien obtuvo 4,399 votos sobre 4,015 logrados por Gerardo Rodríguez, candidato del Partido Nuevo Progresista, para una diferencia de 384 votos. Santos, alegando que "por lo menos 300 electores" emitieron votos a su favor fuera del encasillado correspondiente y suscribieron su nombre —indicativo de una clara intención al respecto— invocando las reglas y principios expuestos en *P.S.P.* v. *Com. Estatal de Elecciones*, 110 D.P.R. 400 (1980, el 9 de ese mes recurrió ante la Junta Revisora Electoral solicitando se ordenara a la Comisión la adjudicación a su favor de "todas las papeletas que tengan escrito mi nombre ya que la intención del elector es clara".

La Junta Revisora accedió pronunciándose en lo pertinente:

El Tribunal Supremo en los casos consolidados del *Partido Socialista Puertorriqueño* v. *Comisión Estatal de Elecciones* (O-80-635) y del *Partido Popular Democrático* v. *Gerineldo Barreto Pérez* (O-80-646), resueltos el 2 de diciembre de 1980, [110 D.P.R. 400], determinó que debe prevalecer la sustancia sobre la forma y "[la] medida determinante es si la marca refleja claramente la intención del elector y no al evento fortuito de que la marca fue incorrectamente ubicada".

El artículo 1.003(22) de la Ley Electoral define el concepto marca como "cualquier medio de expresión afirmativo del voto del elector" y el artículo 2.001(10) establece "el derecho a la libre emisión del voto y a que éste se cuente y se adjudique de la manera en que el elector lo emita".

En este caso muchos electores conscientes de que el recurrente es el actual alcalde del Partido Popular Democrático en Aibonito creyeron correcto escribir el nombre del recurrente fuera del espacio provisto para ello en la columna de

nominación directa. A pesar de que ubicaron incorrectamente su marca (el nombre del recurrente) la intención es clara y manifiesta de votar a favor del recurrente Francisco Santos. *Es más clara la intención del elector al escribir un nombre que al hacer una cruz.*

La Comisión Estatal de Elecciones deberá adjudicar las papeletas en controversia a favor del recurrente adjudicando toda papeleta en las que aparezca el nombre de "Francisco Santos", "Paco Santos", o "Santos" aunque estén mal escritos y/o mal ubicados.

Por los fundamentos antes expuestos se ordena a la Comisión Estatal de Elecciones revisar todos los colegios y papeletas de los Precintos 73 y 74 de Aibonito y proceda a adjudicar a favor del recurrente toda papeleta donde aparezcan el nombre de "Paco Santos", "Paco", "Francisco Santos", o iniciales donde claramente se identifica al recurrente, independientemente de su ubicación en la papeleta electoral. (Énfasis nuestro y escolios omitidos.)

El 16 de diciembre dicho foro, en ocasión de pasar juicio y denegar una moción de reapertura y reconsideración formulada por el Partido Popular Democrático, explicó las proyecciones de la transcrita Resolución del siguiente modo:

El alcance de nuestra resolución del 10 de diciembre no tiene el efecto que alega el Partido Popular Democrático. No obstante, procedemos a aclarar el alcance de la misma para evitar futuras controversias.

La Comisión Estatal de Elecciones deberá pasar juicio sobre las papeletas en controversia tomando en consideración que la regla vigente adoptada por el Tribunal Supremo en el caso de *P.S.P.* vs. *Comisión Estatal de Elecciones*, [110 D.P.R. 400], de 2 de diciembre de 1980, es que debe prevalecer la intención manifiesta del elector al marcar su papeleta.

Si el nombre del recurrente aparece escrito en la columna de nominación directa en el espacio provisto para el puesto de alcalde o si lo escribió en la columna del Partido Popular Democrático sobre el nombre del candidato Benigno Capó López, el voto será adjudicado a favor del recurrente.

Si el elector marcó su papeleta insertando el nombre de

Santos seguido de "Gobernador" o "Representante", se debe adjudicar para esos cargos respectivamente.

Por otro lado, si el elector ubicó incorrectamente el nombre del recurrente en la columna de nominación directa [para alcalde] deberá interpretarse que la intención del elector fue votar por el recurrente como candidato a alcalde.

De igual forma, si el elector escribió el nombre del recurrente en cualquier espacio en blanco de la papeleta, que no afecta a ningún otro candidato, como por ejemplo en la columna de nominación directa en el espacio en blanco que corresponde al espacio provisto para imprimir la insignia de un partido, dicho voto debe ser adjudicado a favor del recurrente, Francisco Santos.

No será adjudicado ningún voto a favor de candidato alguno si la marca del elector fue escrita al dorso de la papeleta.

Estos criterios expresados deberán servir de guía a la Comisión Estatal de Elecciones para adjudicar las papeletas en controversia. Cualquier otra situación no contemplada en esta Resolución deberá interpretarse de acuerdo con la manifiesta intención del elector.

No conforme, el P.P.D. acudió ante nos señalando y discutiendo como errores que la Junta Revisora: (a) no podía adjudicar papeletas a base de prueba oral, sino de un examen visual que le permitiera determinar cuál fue la intención del elector; (b) no podía ordenar un recuento con posterioridad, ausente una alegación de que el resultado podía ser alterado; y (c) no podía adjudicar un voto a favor de un candidato independiente sin que hubiera una determinación de intención inequívoca del elector.

A los fines de evaluar los méritos del recurso, ordenamos a la Junta Revisora nos ilustrara gráficamente —utilizando modelos de papeletas— la resolución recurrida. En 24 de marzo de 1981 dicho foro dio cumplimiento a ese mandato. (Anejos I–VIII unidos a esta opinión.)

I

Primeramente, atenderemos el planteamiento del recurrente Partido Popular repecto a que la impugnación de

Santos no aduce hechos por no alegar que matemática-
mente los trescientos votos adicionales puedan llevarlo a
prevalecer. Ciertamente, si fuéramos a resolver este recurso
con abstracción de la impugnación que pende ante la
Junta Revisora (JR-292) incoada por el candidato derrota-
do del Partido Nuevo Progresista *Gerardo Rodríguez Rivera
contra Barreto Pérez, Administrador General de Eleccio-
nes, el nuevo alcalde certificado Benigno Capó López y el
P.P.D.*, (¹) quizás tendría razón en invocar y sería de apli-
cación la prueba de probabilidad matemática. *Esteves* v.
*Srio. Cám. de Representantes*, 110 D.P.R. 585 (1981). No
siendo así, en las circunstancias específicas de autos, el
criterio aritmético antes mencionado no impide que se
realice un conteo exacto y correcto que refleje fiel y final-
mente la intención y votación de todo el electorado del
Municipio de Aibonito. Lo vital es el triunfo de la demo-
cracia en todos los lugares de Puerto Rico. *P.P.D.* v. *Barreto
Pérez*, 110 D.P.R. 376 (1980).

## II

Aclarado este extremo, percibimos que el examen del
dictamen de la Junta Revisora a la luz de nuestra decisión
en *P.S.P.*, supra —salvo las instancias más adelante
analizadas— es correcto y debe prevalecer por estar
acorde con nuestro pronunciamiento central en el sentido
de que, ante la preeminencia del derecho al sufragio, es
menester apartarnos de una interpretación literal y rigu-
rosa que plantearía inevitablemente un choque constitu-
cional. En evitación de un decreto de inconstitucionalidad,
allí resolvimos y señalamos que "[l]a medida determinante
es si la marca refleja claramente la intención del elector y
no el evento fortuito de que la marca fue incorrectamente
ubicada". Enfatizamos que la "circunstancia de que en el
sistema de colegio abierto, en contraste con el cerrado, no
existe la oportunidad para que se impartan instrucciones

---

(¹) Tomamos conocimiento judicial de ese recurso.

generales y comunes a todos los electores de cómo votar refuerza la necesidad de esta interpretación. El evento comicial envuelve a una población que excede el millón y medio de todo tipo de personas, de las más diversas posiciones sociales y condiciones intelectuales y académicas. Bajo esa óptica, hemos de recordar la admonición constitucional de que '[n]adie será privado del derecho al voto por no saber leer o escribir . . .', Art. VI, Sec. 4. En su correcta dimensión este postulado puede conllevar, en sus variadas manifestaciones, una prohibición a que se anule el voto por que el elector no siga instrucciones que sólo afectan de manera mínima el interés legislativo que persigue reconocer la verdadera voluntad del elector".

## III

Con esta perspectiva presente, notamos que la objeción del recurrente, basada en la necesidad de un examen visual de las papeletas, ha quedado superada con las ilustraciones gráficas que hemos exigido. Evaluemos los méritos del recurso.

El examen visual e integral de la manera y ubicación en que se proyectan los votos, según el decreto de la Junta Revisora, nos mueve a concluir que el mismo debe prevalecer salvo con referencia al Anejo II, Ejemplos A y B, y al Anejo VII, Ejemplos B al H, en que resulta erróneo. En el primero, Anejo II, la norma es restrictiva y debe ampliarse. En torno al Anejo VII, del examen comparativo, objetivo, lógico e inteligente no surge la intención clara y manifiesta del elector como la apreció la Junta. Nos explicamos.

*ANEJO II—Ejemplos A y B*

Conforme el decreto de la Junta Revisora, bajo el Ejemplo A, "[s]i en el espacio en blanco sobre el cuadrante correspondiente al Partido Popular Democrático, el elector ubicó el nombre de 'Francisco Santos', 'Santos' o 'Paco Santos' y la palabra 'Alcalde', debe adjudicársele dicho voto al

candidato Francisco Santos, aun cuando la marca del elector esté ubicada erróneamente". Bajo el Ejemplo B, "[e]n aquellos casos en que el elector haya insertado el nombre de 'Francisco Santos', 'Paco Santos' o 'Santos' y la palabra 'Alcalde' dentro del cuadrante del Partido Popular Democrático, dicho voto debe ser adjudicado por la Comisión Estatal de Elecciones a favor del candidato Francisco Santos".

■ Coincidimos con ese foro, pero somos del criterio que la plenitud de la doctrina estaría indebidamente limitada si no la extendiéramos a todas las instancias análogas, esto es, cuando la intención del elector haya sido así manifestada *sobre* y *dentro* de cuadrantes correspondientes a cualquiera de los partidos políticos. Debe modificarse en este extremo la Resolución de la Junta Revisora. Recuérdese, que "[p]ara los funcionarios y organismos electorales llamados por ley a adjudicar un voto, *debe ser norma irreducible la de evaluarlo con el mayor respeto a la voluntad del elector y con el óptimo esfuerzo para salvar su intención si ésta encuentra apoyo en la inteligencia aplicada al examen de la papeleta, obviando inobservancias de índole formal que en ejercicio de entendimiento razonable no ocultan ni enredan en confusión la verdadera intención del votante".* (Énfasis nuestro.) *P.S.P.* v. *Com. Estatal de Elecciones,* 110 D.P.R. 400, 460 (1980).

*ANEJO VII—Ejemplos B al H*

■ Para comprender este análisis es menester una comparación. Adviértase que la Junta Revisora, según lo ilustran los Anejos I, II (Ejemplo (C)), III y IV, detectó una clara intención del elector en favor de Santos cuando su nombre se escribía en el encasillado número 6 — existente para el cargo de *alcalde* en la columna de cualquier partido político— siempre que se *tachara* el nombre del candidato en particular que aparecía preimpreso. Dos elementos respaldan la conclusión de esa intención: el

haberse escrito el nombre de Santos y tachado el preimpreso.

Siguiendo esa metodología, la Junta también —según el Anejo VI— determinó que en "aquellos casos en que el elector marcó su papeleta en la columna de nominación directa, insertando el nombre de Santos, seguido de 'Gobernador' o 'Representante' u otro cargo que no sea el de Alcalde, se debe adjudicar el voto para el cargo así designado". O sea, la Junta concluyó que el nombre de Santos, consignado dentro del encasillado que contiene preimpreso o en donde se escribió un cargo *distinto* al de alcalde en la columna de nominación directa, conlleva la adjudicación para el otro cargo así enunciado. (Gobernador, Representante o cualquier otro cargo.) Comulgamos con ese enfoque que balanceadamente recoge sin especulación alguna la intención del elector, pues ha mediado una acción afirmativa que precisamente *excluye* y curiosamente deja intocado el encasillado correspondiente y disponible para el cargo de alcalde.

Sin embargo, la Junta no sigue la lógica y fuerza de ese razonamiento respecto al Anejo VII, en que pretende convalidar como votos emitidos válidamente para Santos, como *alcalde*, la mera inclusión de su nombre sin ninguna otra ulterior expresión, y sin haberse tachado el cargo distinto que consta preimpreso en la papeleta, como se hace en otras instancias. Ello inevitablemente implica que el nombre de Santos ha sido expresamente escrito y consignado dentro de unos encasillados que corresponden a otros cargos distintos que igualmente el elector optó por no alterar. El resultado práctico es que la intención del elector, en cuanto a votar por Santos *para alcalde, no es clara ni manifiesta.* Por el contrario, la situación es análoga y equivalente a los ejemplos expuestos en el Anejo VI, esto es, votos para *Santos, Gobernador; Santos, Comisionado Residente; Santos, Senador o Representante por Distrito,* o *Santos, miembro de la Asamblea Municipal.*

▮▮▮ Es apreciable la diferencia notable que existe cuando la marca del elector, aunque en apariencia conflictiva, refleja una intención manifiesta. Sin embargo, hemos visto como ello no es así en los Anejos VI y VII, excepto el Ejemplo A. Admitir como votos válidos para el cargo de alcalde la expresión de "Santos" *junto* al cargo —sea preimpreso o escrito— de Gobernador, Comisionado Residente, Senador, Representante o Asambleísta tiende a ir contra la voluntad plasmada del elector. Debe también modificarse en esta instancia la Resolución recurrida.

## IV

Finalmente, este recurso, al igual que la controversia suscitada en *P.S.P.* v. *Com. Estatal de Elecciones,* supra, demuestra la imperiosa necesidad de que en el futuro la impresión de las papeletas electorales —en unión a una campaña amplia y efectiva de orientación previa— se haga científicamente, de modo tal que permita a cualquier elector consignar claramente su voto, reduciendo al mínimo el margen de discusión. Observamos que las papeletas utilizadas en los recientes comicios no representan el mejor modelo que en diseño, a esos fines, se puede lograr. La técnica de evitar lugares y espacios en blanco innecesarios, al igual que ampliar los correspondientes a los encasillados actualmente disponibles para todos los candidatos son, entre otras, medidas ejemplarizantes de aspectos fundamentales que deben revisarse en abono del fortalecimiento de la democracia puertorriqueña.

Conforme lo expuesto, *se dictará la correspondiente sentencia que modifique la Resolución de la Junta Revisora. Así modificada, será confirmada.*

El Juez Asociado Señor Díaz Cruz emitió opinión disidente a la que se unió el Juez Asociado Señor Rigau.

---

*NOTA DEL COMPILADOR:*

La fotocomposición utilizada en estos apéndices es una cortesía de Publicaciones J.T.S., Inc.

## *ANEJO I*

La Junta Revisora concluyó:

Si bajo la columna correspondiente al Partido Nuevo Progresista, en el espacio provisto para el cargo de Alcalde, el elector *tachó el nombre del candidato* por dicho partido político Gerardo Rodríguez Rivera y, en su lugar, escribió el nombre de "Francisco Santos", "Santos", "Paco Santos" o iniciales por las que claramente se identifica tal candidato (P. Santos o F. Santos) la Comisión Estatal de Elecciones debe adjudicar dicho voto a favor del Sr. Francisco Santos. (Énfasis nuestro.)

Confirmada esta determinación por el Tribunal.

## ANEJO I

| MODELO | COMISION ESTATAL DE ELECCIONES<br>ELECCIONES GENERALES<br>**PAPELETA ELECTORAL**<br>4 DE NOVIEMBRE DE 1980 | MODELO |
|---|---|---|
| Municipio de  AIBONITO | | Precinto Num  73 |
| Distrito Senatorial Num  6 | | Distrito Representativo Num  27 |

| PARTIDO NUEVO PROGRESISTA | PARTIDO POPULAR DEMOCRATICO | PARTIDO INDEPENDENTISTA PUERTORRIQUEÑO | PARTIDO SOCIALISTA PUERTORRIQUEÑO | CANDIDATO INDEPENDIENTE | NOMINACION DIRECTA (WRITE IN) |
|---|---|---|---|---|---|
| 1  Carlos Romero Barcelo | 1  Rafael Hernandez Colon | 1  Ruben Berrios Martinez | 1  Luis Lausell Hernández | | 1 |
| 2  Baltasar Corrada del Rio | 2  Jose Arsenio Torres | 2  María Font de Calero | 2 | | 2 |
| 3  Claudio A  Rodriguez | 3  Juan Rivera Ortiz | 3  José E  Picó Rodríguez | 3  Fernando Cepa Rivera | | 3 |
| 4  Felicia Burgos Rodríguez | 4  Jose Mariano Rios | 4  Cándido Luis Cordero | 4  Leonides Colon Burgos | | 4 |
| 5  Israel Quiñones Espada | 5  Carlos Luis Torres Santiago | 5  Luis A  Cruz Benítez | 5  Victor M  Sánchez Solivan | | 5 |
| 6 | 6  Benigno Capo Lopez | 6  Israel González Hernandez | 6  Edwin Matos Hernandez | 6  Héctor Roque Velázquez | 6 |
| 7  Maximo Moreno Velazquez | 7  Felix Rafael Zayas Rivera | 7  Efrain Rivera Ortiz (Fino) | 7  William Cruz Alicea | | 7 |
| 8  Héctor M  Delgado Quile | 8  Oscar Molina Santiago | 8  Carmen Ortiz Martínez | 8 | | 8 |
| 9  Josefina Gonzalez Davila | 9  Maria Elisa Colón Vda  de Bonilla | 9  Carlos F  Veguilla Nuñez | 9 | | 9 |
| 10  Jose Rivera Rivera | 10  Hector Matos Rolon | 10  Guillermo Rolón Mateo | 10 | | 10 |
| 11  Wilfredo Ortiz Colón | 11  Angel Rivera Maldonado | 11  Carmelo Rivera Matos | 11 | | 11 |
| 12  Elba Luna Santos | 12  Pedro Berrios Febo | 12  Juan Soto Berrios | 12 | | 12 |
| 13  Reynaldo Sobrini Gonzalez | 13  Ramón Vargas Rosario | 13  Juan Negrón | 13 | | 13 |
| 14  Juan A  Gonzalez Rivera | 14  Alejandro Nuñez Matos | 14  Francisco Santiago Rolón | 14 | | 14 |
| 15  Sonia Segarra Hermida | 15  Héctor Avilés Rivera | 15  Rosaura Adrover Rodriguez | 15 | | 15 |
| 16  Teodoro Gonzalez Madera | 16  Felipe Mejias Morales | 16  Jose R  Alvelo Mercado | 16 | | 16 |
| 17  Eduardo Rivera Borrl | 17  Angel Luis Figueroa Figueroa | 17  José R  Rivera Colón | 17 | | 17 |

| SENADORES POR ACUMULACION | SENADORES POR ACUMULACION | SENADORES POR ACUMULACION | SENADOR POR ACUMULACION | | SENADOR POR ACUMULACION |
|---|---|---|---|---|---|
| 1  Efrain Santiago | 1  Justo A  Mendez | 1  Luis Rivera Lacourt | 1  Juan Mari Bras | | 1 |
| 2  Luis A  Ferre Aguayo | 2  Miguel A  Hernandez Agosto | 2  Justo Echevarria | 2 | | |
| 3  Nicolas Nogueras Cartagena | 3  Victor Rodriguez | 3  Hector Rene Lugo | 3 | | |
| 4  Miguel A  (Mickey) Miranda | 4  Velda Gonzalez Modestti | 4  Jose Juan Hernandez | 4 | | |
| 5  Edwin Ramos Yordan | 5  Sergio A  Pena Clos | 5  Luis Ramos Ramos | 5 | | |
| 6  Calixto Calero Juarbe | 6  Francisco (Paco) Aponte Perez | 6  Armandito Torres | 6 | | |

| REPRESENTANTES POR ACUMULACION | REPRESENTANTES POR ACUMULACION | REPRESENTANTES POR ACUMULACION | REPRESENTANTE POR ACUMULACION | | REPRESENTANTE POR ACUMULACION |
|---|---|---|---|---|---|
| 1  Freddy Valentin Acevedo | 1  Severo J  Colberg | 1  Abril Cason Pratts | 1  Carlos Gallisa | | 1 |
| 2  Luis Ayala Del Valle | 2  Fernando Torres | 2  Felix F  Rodriguez (Felix) | 2 | | |
| 3  Charlie Rodriguez | 3  Jose Buitrago  Arroyo | 3  Ferran De Martin | 3 | | |
| 4  Osvaldo Torres Velazquez | 4  Ruben Jutalino | 4  Carlos M  Ramirez | 4 | | |
| 5  Angel Viera Martinez | 5  Juan Moreno Arp | 5  Juan Bautista Gatto Ferrante | 5 | | |
| 6  Jose Granados Navedo | 6  Juan Valenti | 6  Ortiz  Jorge | | | |

## *ANEJO II, Ejemplo A*

La Junta Revisora concluyó:

Si en el espacio en blanco sobre el cuadrante correspondiente al Partido Popular Democrático, el elector ubicó el nombre de "Francisco Santos", "Santos" o "Paco Santos" y la palabra "Alcalde", debe adjudicársele dicho voto al candidato Francisco Santos, aun cuando la marca del elector esté ubicada erróneamente.

## *ANEJO II, Ejemplo B*

La Junta Revisora concluyó:

En aquellos casos en que el elector haya insertado el nombre de "Francisco Santos", "Paco Santos" o "Santos" y la palabra "Alcalde" dentro del cuadrante del Partido Popular Democrático, dicho voto debe ser adjudicado por la Comisión Estatal de Elecciones a favor del candidato Francisco Santos.

## *ANEJO II, Ejemplo C*

La Junta Revisora concluyó:

Si bajo la columna correspondiente al Partido Popular Democrático, en el espacio provisto para el cargo de Alcalde, el elector tachó el nombre del candidato Benigno Capó López y, en su lugar, escribió el nombre de "Francisco Santos', "Paco Santos", o "Santos" o iniciales por las que claramente se identifica al candidato (F. Santos o P. Santos) se debe adjudicar dicho voto a favor del Sr. Francisco Santos.

---

El Tribunal Supremo coincide con estas apreciaciones, pero modifica a la Junta a los fines de aplicar la norma a instancias análogas cuando la intención del elector haya sido así manifiesta *sobre* y *dentro* de los cuadrantes correspondientes a cualesquiera partidos políticos.

## ANEJO II

| MODELO | | COMISION ESTATAL DE ELECCIONES | | | MODELO |
|---|---|---|---|---|---|

*(handwritten: Cf Santos, Alcalde; Francisco Santos, Alcalde; o Paco Santos, Alcalde)*

**ELECCIONES GENERALES**

Municipio de AIBONITO

**PAPELETA ELECTORAL**

Precinto Núm. 73

Distrito Senatorial Núm. 4

**4 DE NOVIEMBRE DE 1980**

Distrito Representativo Núm. 27

| PARTIDO NUEVO PROGRESISTA | PARTIDO POPULAR DEMOCRATICO | PARTIDO INDEPENDENTISTA PUERTORRIQUEÑO | PARTIDO SOCIALISTA PUERTORRIQUEÑO | CANDIDATO INDEPENDIENTE | NOMINACION DIRECTA (WRITE IN) |
|---|---|---|---|---|---|
| | *(handwritten: (4) Santos, Alcalde; Paco Santos, Alcalde; Francisco Santos, Alcalde)* X | | ¡La Oposición Verdadera! | | Se prueva esta columna en blanco para que el elector anote en ella el nombre de cualquier otro candidato que desee votar, frente de los que aparecen en las columnas anteriores. Artículo § 6.11 Ley Electoral |
| 1 Carlos Romero Barceló | 1 Rafael Hernández Colón | 1 Rubén Berríos Martínez | 1 Luis Lausell Hernández | | 1 |
| 2 Baltasar Corrada del Río | 2 José Arsenio Torres | 2 Marta Font de Calero | 2 | | 2 |
| 3 Claudio A Rodríguez | 3 Juan Rivera Ortiz | 3 José E Picó Rodríguez | 3 Fernando Cerpa Rivera | | 3 |
| 4 Felicia Burgos Rodríguez | 4 José Mariano Rius | 4 Cándido Luis Cordero | 4 Leonides Colón Burgos | | 4 |
| 5 Israel Quiñones Espada | 5 Carlos Luis Torres Santiago *(handwritten: 6)* | 5 Luis A Cruz Benítez | 5 Víctor M. Sánchez Bolívar | | 5 |
| 6 Gerardo Rodríguez Rivera | *(handwritten: Francisco Santos; Paco Santos; F.Santos)* | 6 Israel Gonsález Hernández | 6 Edwin Matos Hernández | 6 Héctor Roque Velázquez | 6 |
| 7 Máximo Moreno Velázquez | 7 Félix Rafael Zayas Ramos | 7 Efraín Rivera Ortiz (Frao) | 7 William Cruz Alicea | | 7 |
| 8 Héctor M Delgado Quiles | 8 Oscar Molina Santiago | 8 Carmen Ortiz Martínez | 8 | | 8 |
| 9 Josefina Gonsáles Dávila | 9 María Elisa Colón Vda. de Bonilla | 9 Carlos F Vaguilla Nuñes | 9 | | 9 |
| 10 José Rivera Rivera | 10 Héctor Matos Rolón | 10 Guillermo Rolón Mateo | 10 | | 10 |
| 11 Wilfredo Ortiz Colón | 11 Angel Rivera Maldonado | 11 Carmelo Rivera Matos | 11 | | 11 |
| 12 Elba Luna Santos | 12 Pedro Berríos Febo | 12 Juan Soto Berríos | 12 | | 12 |
| 13 Reynaldo Solivín Gonsáles | 13 Ramón Vargas Rosario | 13 Juan Negrón | 13 | | 13 |
| 14 Juan A Gonsáles Rivera | 14 Alejandro Nuñes Matos | 14 Francisco Santiago Rolón | 14 | | 14 |
| 15 Sonia Segarra Hermida | 15 Héctor Avilés Rivera | 15 Rosaura Adrover Rodríguez | 15 | | 15 |
| 16 Teodoro Gonsáles Madera | 16 Felipe Mejías Morales | 16 José R Alyelo Mercado | 16 | | 16 |
| 17 Eduardo Rivera Bonilla | 17 Angel Luis Figueroa Figueroa | 17 José R Rivera Colón | 17 | | 17 |
| **SENADORES POR ACUMULACION** | **SENADORES POR ACUMULACION** | **SENADORES POR ACUMULACION** | **SENADOR POR ACUMULACION** | | **SENADOR POR ACUMULACION** |
| 1 Efraín Santiago | 1 Justo A Mendez | 1 Luis Rivera Lecourt | 1 Juan Marí Brás | | 1 |
| 2 Luis A. Ferré Aguayo | 2 Miguel A Hernández Agosto | 2 Justo Echevarría | 2 | | |
| 3 Nicolás Nogueras Cartagena | 3 Víctor Rodríguez | 3 Héctor René Lugo | 3 | | |
| 4 Miguel A (Mickey) Miranda | 4 Velda Gonsáles Modestti | 4 Jose Juan Hernández | 4 | | |
| 5 Edwin Ramos Yordan | 5 Serpo A Peña Clos | 5 Luis Ramos Ramos | 5 | | |
| 6 Calisto Calero Juarbe | 6 Francisco (Paco) Aponte Perez | 6 Armandino Torres | 6 | | |
| **REPRESENTANTES POR ACUMULACION** | **REPRESENTANTES POR ACUMULACION** | **REPRESENTANTES POR ACUMULACION** | **REPRESENTANTE POR ACUMULACION** | | **REPRESENTANTE POR ACUMULACION** |
| 1 Freddy Valentín Acevedo | 1 Severo E Colberg | 1 Arief Colón Fratta | 1 Carlos Gallisa | | 1 |
| 2 Luis Ayala Del Valle | 2 Fernando Tonet | 2 Felix J Rodríguez (Paki) | 2 | | |
| 3 Charlie Rodríguez | 3 Juan Enrique Amaral | 3 Fernando Martin | 3 | | |
| 4 Osvaldo Torres Velázquez | 4 Rems Jaralvo | 4 Catra M Rodríguez | 4 | | |
| 5 Angel Vera Martínez | 5 Luis Muñoz Arjona | 5 Fran Jose Juarte Humacao | 5 | | |
| 6 Jose Granados Navedo | 6 Luis A Duprey | 6 La Recibas ic | 6 | | |

## *ANEJO III*

La Junta Revisora concluyó:

Si bajo la columna correspondiente al Partido Indepen-dentista Puertorriqueño, en el espacio provisto para el cargo de Alcalde, el elector *tachó el nombre del candidato* por dicho partido político Israel González Hernández y, en su lugar, escribió el nombre de "Francisco Santos", "Paco Santos", o "Santos" o iniciales por las que claramente se identifica al candidato (F. Santos o P. Santos) se debe contar dicho voto a favor del candidato Francisco Santos. (Énfasis nuestro.)

-----

Confirmada esta determinación por el Tribunal.

# ANEJO III

| MODELO | COMISION ESTATAL DE ELECCIONES ELECCIONES GENERALES | MODELO |
|---|---|---|
| Municipio de AIBONITO | PAPELETA ELECTORAL | Precinto Num 73 |
| Distrito Senatorial Num 6 | 4 DE NOVIEMBRE DE 1980 | Distrito Representativo Num 27 |

| PARTIDO NUEVO PROGRESISTA | PARTIDO POPULAR DEMOCRATICO | PARTIDO INDEPENDENTISTA PUERTORRIQUEÑO | PARTIDO SOCIALISTA PUERTORRIQUEÑO ¡La Oposición Verdadera! | CANDIDATO INDEPENDIENTE | NOMINACION DIRECTA (WRITE IN) |
|---|---|---|---|---|---|
| Gobernador de Puerto Rico | Gobernador de Puerto Rico | Gobernador de Puerto Rico | Gobernador de Puerto Rico | | Gobernador de Puerto Rico |
| 1 Carlos Romero Barcelo | 1 Rafael Hernandez Colon | 1 Ruben Berrios Martinez | 1 Luis Lausell Hernandez | | 1 |
| Comisionado Residente en los Estados Unidos | Comisionado Residente en los Estados Unidos | Comisionado Residente en los Estados Unidos | Comisionado Residente en los Estados Unidos | | Comisionado Residente de los Estados Unidos |
| 2 Baltasar Corrada del Rio | 2 Jose Arsenio Torres | 2 Maria Font de Calero | 2 | | 2 |
| Senadores por el Distrito | Senadores por el Distrito | Senadores por el Distrito | Senadores por el Distrito | | Senadores por el Distrito |
| 3 Claudio A. Rodriguez | 3 Juan Rivera Ortiz | 3 Jose F. Pico Rodriguez | 3 Fernando Cerpa Rivera | | 3 |
| 4 Felicita Burgos Rodriguez | 4 Jose Mariano Rios | 4 Candido Luis Cordero | 4 Leonardo Colon Burgos | | 4 |
| Representante por el Distrito | Representante por el Distrito | Representante por el Distrito | Representante por el Distrito | | Representante por el Distrito |
| 5 Israel Quiñones Espada | 5 Carlos Luis Torres Santiago | 5 Luz A. Cruz Benitez | 5 Victor M. Sanchez Solivan | 5 | 5 |
| Alcalde | Alcalde | Alcalde | Alcalde | | Alcalde |
| 6 Gerardo Rodriguez Rivera | 6 Benigno Cepo Lopez | FRANCISCO SANTOS, PAC SANTOS, SANTOS, SAND 6 | 6 Edwin Matos Hernandez | 6 Hector Roque Velazquez | 6 |
| Miembros de la Asamblea Municipal | Miembros de la Asamblea Municipal | Miembros de la Asamblea Municipal | Miembros de la Asamblea Municipal | | Miembros de la Asamblea Municipal |
| 7 Maximo Moreno Velazquez | 7 Felix Rafael Zayas Rivera | 7 Efrain Rivera Ortiz (Frao) | 7 William Cruz Alicea | | 7 |
| 8 Hector M. Delgado Quiles | 8 Oscar Molina Santiago | 8 Carmen Ortiz Martinez | 8 | | 8 |
| 9 Josefina Gonzalez Davila | 9 Maria Elisa Colon Vda de Bonilla | 9 Carlos F. Negalla Nuñez | 9 | | 9 |
| 10 Jose Rivera Rivera | 10 Hector Matos Rolon | 10 Guillermo Rolon Mateo | 10 | | 10 |
| 11 Wilfredo Ortiz Colon | 11 Angel Rivera Maldonado | 11 Carmelo Rivera Matos | 11 | | 11 |
| 12 Elba Luna Santos | 12 Pedro Berrios Febo | 12 Juan Soto Berrios | 12 | | 12 |
| 13 Reynaldo Solivan Gonzalez | 13 Ramon Vargas Rosano | 13 Juan Negron | 13 | | 13 |
| 14 Juan A. Gonzalez Rivera | 14 Alejandro Nuñez Matos | 14 Francisco Santiago Rolon | 14 | | 14 |
| 15 Sonia Segarra Hermida | 15 Hector Aviles Rivera | 15 Rosaura Adrover Rodriguez | 15 | | 15 |
| 16 Teodoro Gonzalez Madera | 16 Felipe Mejias Morales | 16 Jose R. Abrelo Mercado | 16 | | 16 |
| 17 Eduardo Rivera Bonilla | 17 Angel Luis Figueroa Figueroa | 17 Jose R. Rivera Colon | 17 | | 17 |

| SENADORES POR ACUMULACION | SENADORES POR ACUMULACION | SENADORES POR ACUMULACION | SENADOR POR ACUMULACION | | SENADOR POR ACUMULACION |
|---|---|---|---|---|---|
| 1 Efrain Santiago | 1 Justo A. Mendez | 1 Luis Rivera Lacourt | 1 Juan Mari Bras | | 1 |
| 2 Luis A. Ferre Aguayo | 2 Miguel A. Hernandez Agosto | 2 Justo Echevarria | 2 | | |
| 3 Nicolas Nogueras Cartagena | 3 Victor Rodriguez | 3 Hector Rene Fago | 3 | | |
| 4 Miguel A. (Michey) Miranda | 4 Nelda Gonzalez Modesti | 4 Jose Juan Hernandez | 4 | | |
| 5 Edwin Ramos Yordan | 5 Sergio A. Peña Clos | 5 Luis Ramos Barros | 5 | | |
| 6 Cristobal Calero Juarbe | 6 Francisco Chavez Spanlli Perez | 6 Amira Leo Torres | 6 | | |

| REPRESENTANTES POR ACUMULACION | REPRESENTANTES POR ACUMULACION | REPRESENTANTES POR ACUMULACION | REPRESENTANTE POR ACUMULACION | | REPRESENTANTE POR ACUMULACION |
|---|---|---|---|---|---|
| 1 Freddy Valentin Acevedo | 1 Severo J. Colberg | 1 Ariel Corraliza Peña | 1 Carlos Gallisa | | 1 |
| 2 Luis Ayala Del Valle | 2 Fernando Torres | 2 Luis F. Rodriguez Bass | 2 | | |
| 3 Charlie Rodriguez | 3 | 3 | 3 | | |
| 4 Osvaldo Torres Velazquez | 4 | 4 | 4 | | |
| 5 Angel Viera Martinez | 5 | 5 | 5 | | |
| 6 Jose Granela Nuñez | 6 | 6 | 6 | | |

## *ANEJO IV*

La Junta Revisora concluyó:

Si bajo la columna correspondiente al Partido Socialista Puertorriqueño, en el espacio provisto para el cargo de Alcalde, el elector *tachó el nombre del candidato* por dicho partido político Edwin Matos Hernández y, en su lugar, insertó el nombre de "Francisco Santos", "Paco Santos", o "Santos" o iniciales por las que claramente se identifica a tal candidato (F. Santos o P. Santos), se debe adjudicar dicho voto a favor del candidato Francisco Santos. (Énfasis nuestro.)

----

Confirmada esta determinación por el Tribunal.

# ANEJO IV

| MODELO | | COMISION ESTATAL DE ELECCIONES | | | MODELO |
|---|---|---|---|---|---|
| Municipio de AIBONITO | | **ELECCIONES GENERALES** | | | Precinto Núm. 73 |
| Distrito Senatorial Núm. 6 | | **PAPELETA ELECTORAL** | | | Distrito Representativo Núm. 27 |
| | | 4 DE NOVIEMBRE DE 1980 | | | |

| PARTIDO NUEVO PROGRESISTA | PARTIDO POPULAR DEMOCRATICO | PARTIDO INDEPENDENTISTA PUERTORRIQUEÑO | PARTIDO SOCIALISTA PUERTORRIQUEÑO | CANDIDATO INDEPENDIENTE | NOMINACION DIRECTA (WRITE IN) |
|---|---|---|---|---|---|
| | | ¡La Oposición Verdadera! | | | Se provee esta columna en blanco para que el elector anote en ella el nombre de cualquier otro candidato que desee escoallar fuera de los que aparecen en las columnas anteriores. Artículo 6.011 Ley Electoral |
| **Gobernador de Puerto Rico** | **Gobernador de Puerto Rico** | **Gobernador de Puerto Rico** | **Gobernador de Puerto Rico** | | **Gobernador de Puerto Rico** |
| 1 Carlos Romero Barceló | 1 Rafael Hernández Colón | 1 Rubén Berríos Martínez | 1 Luis Lausell Hernández | 1 | 1 |
| **Comisionado Residente en los Estados Unidos** | **Comisionado Residente en los Estados Unidos** | **Comisionado Residente en los Estados Unidos** | **Comisionado Residente en los Estados Unidos** | | **Comisionado Residente en los Estados Unidos** |
| 2 Baltasar Corrada del Río | 2 José Antonio Torres | 2 María Font de Calero | 2 | 2 | 2 |
| **Senadores por el Distrito** | **Senadores por el Distrito** | **Senadores por el Distrito** | **Senadores por el Distrito** | | **Senadores por el Distrito** |
| 3 Claudio A Rodríguez | 3 Juan Rivera Ortiz | 3 José E. Peró Rodríguez | 3 Fernando Cerpa Rivera | 3 | 3 |
| 4 Felicia Burgos Rodríguez | 4 José Mariano Ríos | 4 Cándido Luis Cordero | 4 Leonides Colón Burgos | 4 | 4 |
| **Representante por el Distrito** | **Representante por el Distrito** | **Representante por el Distrito** | **Representante por el Distrito** | | **Representante por el Distrito** |
| 5 Israel Quiñones Espada | 5 Carlos Luis Torres Santiago | 5 Luis A Cruz Benítez | 5 Víctor M. Sánchez Solívan | 5 | 5 |
| **Alcalde** | **Alcalde** | **Alcalde** | **Alcalde** | | **Alcalde** |
| 6 Gerardo Rodríguez Rivera | 6 Benigno Cepo López | 6 Israel González Hernández | 6 *FRANCISCO SANTOS SANTOS, E RAMOS RIVERA* | 6 Héctor Roque Velázquez | 6 |
| **Miembros de la Asamblea Municipal** | **Miembros de la Asamblea Municipal** | **Miembros de la Asamblea Municipal** | **Miembros de la Asamblea Municipal** | | **Miembros de la Asamblea Municipal** |
| 7 Maximo Moreno Velázquez | 7 Félix Rafael Zayas Rivera | 7 Efrain Rivera Ortiz (Fiso) | 7 William Cruz Alicea | 7 | 7 |
| 8 Héctor M. Delgado Quiles | 8 Oscar Molina Santiago | 8 Carmen Ortiz Martínez | 8 | 8 | 8 |
| 9 Josefina González Dávila | 9 María Elisa Colón Vda. de Bonilla | 9 Carlos F Veguilla Nuñez | 9 | 9 | 9 |
| 10 José Rivera Rivera | 10 Héctor Matos Rolón | 10 Guillermo Rolón Mateo | 10 | 10 | 10 |
| 11 Wilfredo Ortiz Colon | 11 Angel Rivera Maldonado | 11 Carmelo Rivera Matos | 11 | 11 | 11 |
| 12 Elba Luna Santos | 12 Pedro Berríos Febo | 12 Juan Soto Berríos | 12 | 12 | 12 |
| 13 Reynaldo Solivan Gonzales | 13 Ramon Vargas Rosario | 13 Juan Negrón | 13 | 13 | 13 |
| 14 Juan A. González Rivera | 14 Alejandro Nuñez Matos | 14 Francisco Santiago Rolon | 14 | 14 | 14 |
| 15 Sonia Segarra Hermida | 15 Héctor Avilés Rivera | 15 Rosaura Adrover Rodríguez | 15 | 15 | 15 |
| 16 Teodoro González Madera | 16 Felipe Mejías Morales | 16 José R Alvelo Mercado | 16 | 16 | 16 |
| 17 Eduardo Rivera Bonilla | 17 Angel Luis Figueroa Figueroa | 17 José R Rivera Colón | 17 | 17 | 17 |

| SENADORES POR ACUMULACION | SENADORES POR ACUMULACION | SENADORES POR ACUMULACION | SENADOR POR ACUMULACION | | SENADOR POR ACUMULACION |
|---|---|---|---|---|---|
| 1 Efrain Santiago | 1 Justo A Méndez | 1 Luis Rivera Lacourt | 1 Juan Mari Bras | | 1 |
| 2 Luis A Ferre Aguayo | 2 Miguel A Hernández Agosto | 2 Justo Echevarria | 2 | | |
| 3 Nicolas Nogueras Cartagena | 3 Victor Rodríguez | 3 Hector René Lugo | 3 | | |
| 4 Miguel A (Mickey) Miranda | 4 Velda González Modestti | 4 Jose Juan Hernández | 4 | | |
| 5 Edwin Ramos Yordan | 5 Sergio A. Peña Clos | 5 Luis Ramos Ramos | 5 | | |
| 6 Calixto Calero Juarbe | 6 Francisco (Paco) Aponte Perez | 6 Armandito Torres | 6 | | |

| REPRESENTANTES POR ACUMULACION | REPRESENTANTES POR ACUMULACION | REPRESENTANTES POR ACUMULACION | REPRESENTANTE POR ACUMULACION | | REPRESENTANTE POR ACUMULACION |
|---|---|---|---|---|---|
| 1 Freddy Valentin Acevedo | 1 Severo L Colberg | 1 Ariel Colón Pratts | 1 Carlos Gallisa | | 1 |
| 2 Luis Ayala Del Valle | 2 Fernando Tonos | 2 Felix E Rodríguez (Eddy) | 2 | | |
| 3 Charlie Rodríguez | 3 Jose Enrique Arraras | 3 Fernando Martin | 3 | | |
| 4 Osvaldo Torres Velázquez | 4 Rony Jarabo | 4 Carlos Mondríguez | 4 | | |
| 5 Angel Viera Martínez | 5 Luis Muñoz Arjona | 5 Juan Jose Justiz (Guaipo) | 5 | | |
| 6 Jose Granados Navedo | 6 Luis A Ibarra | 6 Irma Rodríguez | 6 | | |

## *ANEJO V*

La Junta Revisora concluyó:

Si el nombre del candidato Francisco Santos o ya sea cualquiera de las denominaciones "Paco Santos", "Santos" o las iniciales "P. Santos" o "F. Santos" aparece en la columna de nominación directa en el espacio provisto para el cargo de Alcalde, el voto deberá adjudicarse a favor de dicho candidato.

---

■ Confirmada esta determinación por el Tribunal.

# 370

## ANEJO V

**MODELO**

**MODELO**

COMISION ESTATAL DE ELECCIONES
ELECCIONES GENERALES

## PAPELETA ELECTORAL

4 DE NOVIEMBRE DE 1980

Municipio de AIBONITO

Distrito Senatorial Núm. 6

Precinto Núm. 73

Distrito Representativo Núm. 27

| PARTIDO NUEVO PROGRESISTA | PARTIDO POPULAR DEMOCRATICO | PARTIDO INDEPENDENTISTA PUERTORRIQUEÑO | PARTIDO SOCIALISTA PUERTORRIQUEÑO | CANDIDATO INDEPENDIENTE | NOMINACION DIRECTA (WRITE IN) |
|---|---|---|---|---|---|
| 1 Carlos Romero Barceló | 1 Rafael Hernández Colón | 1 Rubén Berríos Martínez | 1 Luis Fabián Hernández | | 1 |
| 2 Baltasar Corrada del Río | 2 Jose Aurelio Torres | 2 María Elen de Calero | 2 | | 2 |
| 3 Claudio A. Rodríguez | 3 Juan Rivera Ortiz | 3 Jose F. Juco Rodríguez | 3 Fernando Cepeda Rivera | | 3 |
| 4 Felicia Burgos Rodríguez | 4 Jose Mariano Rios | 4 Candido Luna Cordero | 4 Leandro Colón Burgos | | 4 |
| 5 Israel Quiñones Espada | 5 Carlos Luis Torres Santiago | 5 Luis A. Cruz Benítez | 5 Victor M. Sánchez Solivan | | FRANCISCO SANTOS, SANTOS; PACO SANTOS SANTOS O P. SANTOS |
| 6 Gerardo Rodríguez Rivera | 6 Benigno Capó López | 6 Israel González Hernández | 6 Edwin Matos Hernández | 6 Alcalde Héctor Roque Velázquez | (H) |
| 7 Maximo Moreno Velázquez | 7 Felix Rafael Zayas Rivera | 7 Efraín Rivera Ortiz (Irmo) | 7 William Cruz Alicea | | 7 |
| 8 Hector M. Delgado Quiles | 8 Oscar Molina Santiago | 8 Carmen Ortiz Martínez | 8 | | 8 |
| 9 Josefina González Dávila | 9 María Elisa Colón Vda. de Bonilla | 9 Carlos F. Veguilla Nuñez | 9 | | 9 |
| 10 Jose Rivera Rivera | 10 Hector Matos Rolón | 10 Guillermo Rolón Mateu | 10 | | 10 |
| 11 Wilfredo Ortiz Colón | 11 Angel Rivera Maldonado | 11 Carmelo Rivera Matos | 11 | | 11 |
| 12 Elba Luna Santos | 12 Pedro Berríos Feliu | 12 Juan Soto Berríos | 12 | | 12 |
| 13 Reynaldo Solivan González | 13 Ramón Vargas Rosario | 13 Juan Negrón | 13 | | 13 |
| 14 Juan A. González Rivera | 14 Alejandro Nuñez Matos | 14 Francisco Santiago Rolón | 14 | | 14 |
| 15 Sonia Segarra Hermida | 15 Hector Avilés Rivera | 15 Rosaura Adorno Rodríguez | 15 | | 15 |
| 16 Teodoro González Madera | 16 Felipe Mejías Morales | 16 Jose R. Abreu Mercado | 16 | | 16 |
| 17 Eduardo Rivera Bonilla | 17 Angel Luis Figueroa Figueroa | 17 Jose R. Rivera Colón | 17 | | 17 |

| SENADORES POR ACUMULACION | SENADORES POR ACUMULACION | SENADORES POR ACUMULACION | SENADOR POR ACUMULACION | | SENADOR POR ACUMULACION |
|---|---|---|---|---|---|
| 1 Efraín Santiago | 1 Justo A. Méndez | 1 Luis Rivera Lafourt | 1 Juan Mari Brás | | 1 |
| 2 Luis A. Ferre Aguayo | 2 Miguel A. Hernández Agostu | 2 Justo Echevarría | | | |
| 3 Nicolas Nogueras Cartagena | 3 Victor Rodríguez | 3 Hector Rene Lugo | | | |
| 4 Miguel A. (Mickey) Miranda | 4 Sedai González Maldetin | 4 Jose Juan Hernández | | | |
| 5 Edwin Ramos Jordan | 5 Sergio A. Peña Clos | 5 Luis Ramos Ramos | | | |
| 6 Celestino Calero Juarbe | 6 Francisco Chicon Aponte Pérez | 6 Samuel Luis Torres | | | |

| REPRESENTANTES POR ACUMULACION | REPRESENTANTES POR ACUMULACION | REPRESENTANTES POR ACUMULACION | REPRESENTANTE POR ACUMULACION | | REPRESENTANTE POR ACUMULACION |
|---|---|---|---|---|---|
| 1 Leoncia V. Fernán Acevedo | 1 Severo E. Colberg | 1 Ana Celia Pratts | 1 Carlos Gallisa | | 1 |
| 2 Luis Ayala Del Valle | 2 Fernando Torres | 2 Elsa E. Rodríguez del Rey | | | |
| 3 Chabo Rodríguez | 3 Jose Luis Vega | 3 Jose Luis Matos | | | |
| 4 Osvaldo Torres Velázquez | 4 Jose Soto | 4 Graciela Marrero | | | |
| 5 Angel Viera Martínez | 5 Luis M. Rivera | 5 Luis Luis Parrilla | | | |
| 6 Jose Granados Navarro | 6 Luis Fuentes | 6 Juan R. | | | |

## *ANEJO VI*

La Junta Revisora concluyó:

En aquellos casos en que el elector marcó su papeleta en la columna de nominación directa, insertando el nombre de Santos, seguido de "Gobernador" o "Representante" u otro cargo que no sea el de Alcalde, se debe adjudicar el voto para *el cargo así designado*. (Énfasis nuestro.)

Confirmada esta determinación por el Tribunal.

# ANEJO VI

| MODELO | COMISION ESTATAL DE ELECCIONES<br>ELECCIONES GENERALES | MODELO |
|---|---|---|
| Municipio de AIBONITO | **PAPELETA ELECTORAL** | Precinto Núm. 73 |
| Distrito Senatorial Núm. 6 | 4 DE NOVIEMBRE DE 1980 | Distrito Representativo Núm. 27 |

| PARTIDO NUEVO PROGRESISTA | PARTIDO POPULAR DEMOCRATICO | PARTIDO INDEPENDENTISTA PUERTORRIQUEÑO | PARTIDO SOCIALISTA PUERTORRIQUEÑO | ¡La Oposición Verdadera! | CANDIDATO INDEPENDIENTE | NOMINACION DIRECTA (WRITE IN) |
|---|---|---|---|---|---|---|
| Gobernador de Puerto Rico | Gobernador de Puerto Rico | Gobernador de Puerto Rico | Gobernador de Puerto Rico | | | |
| 1 Carlos Romero Barceló | 1 Rafael Hernández Colón | 1 Rubén Berríos Martínez | 1 Luis Lausell Hernández | | | (A) SANTOS, Gobernador |
| 2 Baltasar Corrada del Rio | 2 Jose Arsenio Torres | 2 Maria Font de Calero | 2 | | | (B) FRANCISCO SANTOS Comisionado |
| 3 Claudio A. Rodriguez | 3 Juan Rivera Ortiz | 3 Jose F. Pico Rodriguez | 3 Fernando Cerpa Rivera | | | (C) SANTOS, Senador |
| 4 Felicita Burgos Rodriguez | 4 Jose Mariano Rios | 4 Candido Luis Cordero | 4 Leandra Colon Burgos | | | 4 |
| 5 Israel Quiñones Espada | 5 Carlos Luis Torres Santiago | 5 Luis A. Cruz Benitez | 5 Victor M. Sanchez Solivan | | | (D) F. SANTOS, Representante |
| 6 Gerardo Rodriguez Rivera | 6 Benigno Capo Lopez | 6 Israel Gonzalez Hernandez | 6 Edwin Matos Hernandez | | 6 Héctor Roque Velázquez | 6 |
| 7 Maximo Moreno Velazquez | 7 Felix Rafael Zayas Rivera | 7 Efrain Rivera Ortiz (hijo) | 7 William Cruz Abreu | | | (E) PACO SANTOS, Asambleista |
| 8 Hector M. Delgado Quiles | 8 Oscar Molina Santiago | 8 Carmen Ortiz Martinez | 8 | | | 8 SANTOS, Asambleista |
| 9 Josefina Gonzalez Davila | 9 Maria Elisa Colon Vda. de Bonilla | 9 Carlos F. Veguilla Nuñez | 9 | | | 9 FRANCISCO SANTOS, Asambleista |
| 10 Jose Rivera Rivera | 10 Hector Matos Rolón | 10 Guillermo Rolón Mateo | 10 | | | 10 P. SANTOS Asambleista |
| 11 Wilfredo Ortiz Colon | 11 Angel Rivera Maldonado | 11 Carmelo Rivera Matos | 11 | | | 11 F. SANTOS Asambleista |
| 12 Elba Luna Santos | 12 Pedro Bermeo Febo | 12 Juan Soto Berrios | 12 | | | 12 |
| 13 Reynaldo Solivan Gonzalez | 13 Ramon Vargas Rosano | 13 Juan Negrón | 13 | | | 13 |
| 14 Juan A. Gonzalez Rivera | 14 Alejandro Nuñez Matos | 14 Francisco Santiago Rolon | 14 | | | 14 |
| 15 Sonia Segarra Hermida | 15 Héctor Aviles Rivera | 15 Rosaura Adrover Rodriguez | 15 | | | 15 |
| 16 Teodoro Gonzalez Madera | 16 Felipe Mejisa Morales | 16 Jose R. Alvelo Mercado | 16 | | | 16 |
| 17 Eduardo Rivera Bonilla | 17 Angel Luis Figueroa Figueroa | 17 Jose F. Rivera Colón | 17 | | | 17 |

| SENADORES POR ACUMULACION | SENADORES POR ACUMULACION | SENADORES POR ACUMULACION | SENADOR POR ACUMULACION | | | SENADOR POR ACUMULACION |
|---|---|---|---|---|---|---|
| 1 Efrain Santiago | 1 Justo A. Mendez | 1 Luis Rivera Lacourt | 1 Juan Mari Bras | | | (F) PACO SANTOS Senador |
| 2 Luis A. Ferre Aguayo | 2 Miguel A. Hernandez Agosto | 2 Justo Echevarria | 2 | | | |
| 3 Nicolas Nogueras Cartagena | 3 Victor Rodriguez | 3 Hector Rene Lugo | 3 | | | |
| 4 Miguel A. (Mickey) Miranda | 4 Velda Gonzalez Modestti | 4 Jose Juan Hernandez | 4 | | | |
| 5 Edwin Ramos Yordan | 5 Sergio A. Pena Clos | 5 Luis Ramos Ramos | 5 | | | |
| 6 Calixto Calero Juarbe | 6 Francisco (Farru) Aponte Perez | 6 Armandito Torres | 6 | | | |

| REPRESENTANTES POR ACUMULACION | REPRESENTANTES POR ACUMULACION | REPRESENTANTES POR ACUMULACION | REPRESENTANTE POR ACUMULACION | | | REPRESENTANTE POR ACUMULACION |
|---|---|---|---|---|---|---|
| 1 Freddy Valentin Acevedo | 1 Severo L. Colberg | 1 Ariel Colon Fratis | 1 Carlos Gallisa | | | (G) SANTOS Representante |
| 2 Luis Ayala Del Valle | 2 Fernando Tonos | 2 Felix J. Rodriguez (PASJ) | 2 | | | |
| 3 Charlie Rodriguez | 3 Jose Enrique Arraras | 3 Fernando Martin | 3 | | | |
| 4 Osvaldo Torres Velazquez | 4 Rony Jarabo | 4 Carlos Visdotguez | 4 | | | |
| 5 Angel Viera Martinez | 5 Luis Muñoz Alpina | 5 Juan Jose Juarbe (Guango) | 5 | | | |
| 6 Jose Granados Navedo | 6 Luis A. Duprey | 6 Irma Rodriguez | 6 | | | |

*ANEJO VII, Ejemplos A al H*

La Junta Revisora concluyó:

> Por otra parte, si en la columna de nominación directa, el elector ubicó incorrectamente el nombre de Francisco Santos o cualquiera de los otros nombres por los que hemos reiterado que se identifica a tal candidato, deberá interpretarse que la intención del elector fue votar por dicho candidato para el cargo de Alcalde, cargo para el cual éste hizo compaña y así deberá adjudicarse el voto.

———

Con excepción del Ejemplo "A", el Tribunal Supremo revoca esta determinación ya que al no haber tachado el elector la palabra preimpresa que representa un cargo *distinto* al de alcalde, no puede admitirse que surja una intención clara y manifiesta del elector como un voto para Santos, alcalde.

# ANEJO VII, EJEMPLOS A AL H

| MODELO | | COMISION ESTATAL DE ELECCIONES<br>ELECCIONES GENERALES<br>**PAPELETA ELECTORAL**<br>4 DE NOVIEMBRE DE 1980 | | | MODELO |
|---|---|---|---|---|---|
| Municipio de AIBONITO<br>Distrito Senatorial Num  6 | | | | | Precento Num  73<br>Distrito Representativo Num  27 |

| PARTIDO NUEVO PROGRESISTA | PARTIDO POPULAR DEMOCRATICO | PARTIDO INDEPENDENTISTA PUERTORRIQUEÑO | PARTIDO SOCIALISTA PUERTORRIQUEÑO | CANDIDATO INDEPENDIENTE | NOMINACION DIRECTA (WRITE IN) |
|---|---|---|---|---|---|
| Gobernador de Puerto Rico | Gobernador de Puerto Rico | Gobernador de Puerto Rico | Gobernador de Puerto Rico | | (A) SANTOS, F. SANTOS<br>FRANCISCO SANTOS<br>PACO SANTOS, P. SANTOS |
| 1 Carlos Romero Barceló | 1 Rafael Hernández Colón | 1 Rubén Berríos Martínez | 1 Luis Lausell Hernández | | |
| Comisionado Residente en los Estados Unidos | Comisionado Residente en los Estados Unidos | Comisionado Residente en los Estados Unidos | Comisionado Residente en los Estados Unidos | | (B) SANTOS |
| 2 Baltasar Corrada del Río | 2 Jose Arsenio Torres | 2 Marta Font de Calero | 2 | | |
| Senadores por el Distrito | Senadores por el Distrito | Senadores por el Distrito | Senadores por el Distrito | | (C) PACO SANTOS |
| 3 Claudio A Rodríguez | 3 Juan Rivera Ortiz | 3 Jose I  Paco Rodríguez | 3 Fernando Cerpa Rivera | | |
| | | | | | (D) FRANCISCO SANTOS |
| 4 Felicia Burgos Rodríguez | 4 Jose Mariano Ríos | 4 Candido Luis Cordero | 4 Leonides Colon Burgos | | |
| Representante por el Distrito | Representante por el Distrito | Representante por el Distrito | Representante por el Distrito | | (E) F. SANTOS |
| 5 Israel Quiñones Lapada | 5 Carlos Luis Torres Santiago | 5 Luis A  Cruz Benítez | 5 Victor M  Sanchez Solivan | | |
| Alcalde | Alcalde | Alcalde | Alcalde | 6  Alcalde<br>Héctor Roque Velázques | (F) P. SANTOS |
| 6 Gerardo Rodríguez Rivera | 6 Benigno Lapo López | 6 Israel González Hernandez | 6 Edwin Matos Hernández | | |
| Miembros de la Asamblea Municipal | Miembros de la Asamblea Municipal | Miembros de la Asamblea Municipal | Miembros de la Asamblea Municipal | | |
| 7 Máximo Moreno Velázquez | 7 Felix Rafael Zayas Rivera | 7 Efraín Rivera Ortiz (Feno) | 7 William Cruz Alicea | | |
| 8 Héctor M  Delgado Quiles | 8 Oscar Molina Santiago | 8 Carmen Ortiz Martinez | 8 | | 8 |
| 9 Josefina Gonzalez Davila | 9 Maria Elisa Colon Vda. de Bonilla | 9 Carlos I  Veguilla Nuñez | 9 | | 9 |
| 10 Jose Rivera Rivera | 10 Hector Matos Rolon | 10 Guillermo Rolon Mateo | 10 | | 10 |
| 11 Wilfredo Ortiz Colon | 11 Angel Rivera Maldonado | 11 Carmelo Rivera Matos | 11 | | 11 |
| 12 Elba Luna Santos | 12 Pedro Berrios Febo | 12 Juan Soto Berrios | 12 | | 12 |
| 13 Reynaldo Solivan Gonzales | 13 Ramon Vargas Rosario | 13 Juan Negron | 13 | | 13 |
| 14 Juan A  Gonzales Rivera | 14 Alejandro Nuñez Matos | 14 Francisco Santiago Rolon | 14 | | 14 |
| 15 Sonia Segarra Hermida | 16 Héctor Aviles Rivera | 16 Rosauro Adrover Rodriguez | 15 | | 15 |
| 16 Teodoro Gonzalez Madera | 16 Felipe Mejias Morales | 16 Jose R  Alvelo Mercado | 16 | | 16 |
| 17 Eduardo Rivera Bonilla | 17 Angel Luis Figueroa Figueroa | 17 José R  Rivera Colón | 17 | | 17 |

| SENADORES POR ACUMULACION | SENADORES POR ACUMULACION | SENADORES POR ACUMULACION | SENADOR POR ACUMULACION | | SENADOR POR ACUMULACION |
|---|---|---|---|---|---|
| 1 Efraín Santiago | 1 Justo A  Mendez | 1 Luis Rivera Lacourt | 1 Juan Mari Bras | | 1 |
| 2 Luis A  Ferré Aguayo | 2 Miguel A  Hernandez Agosto | 2 Justo Echevarria | 2 | | |
| 3 Nicolas Nogueras Cartagena | 3 Victor Rodriguez | 3 Hector René Lugo | 3 | | |
| 4 Miguel A  (Mickey) Miranda | 4 Velda Gonzales Modestti | 4 Jose Juan Hernandez | 4 | | |
| 5 Edwin Ramos Yordan | 5 Sergio A  Peña Clos | 5 Luis Ramos Ramos | 5 | | |
| 6 Calixto Calvo Juarbe | 6 Francisco (Paco) Aponte Ferré | 6 Armandito Torres | 6 | | |

| REPRESENTANTES POR ACUMULACION | REPRESENTANTES POR ACUMULACION | REPRESENTANTES POR ACUMULACION | REPRESENTANTE POR ACUMULACION | | REPRESENTANTE POR ACUMULACION |
|---|---|---|---|---|---|
| 1 Freddy Valentin Acevedo | 1 Severo A  Colberg | 1 Anel Colon Pratts | 1 Carlos Gallisa | | 1 |
| 2 Luis Ayala Del Valle | 2 Fernando Tonos | 2 Felix I  Rodriguez (Paky) | 2 | | |
| 3 Charlie Rodriguez | 3 Jose Enrique Arraras | 3 Fernando Martin | 3 | | |
| 4 Osvaldo Torres Velazquez | 4 Rony Jarabo | 4 Carlos Mondriguez | 4 | | |
| 5 Angel Viera Martinez | 5 Luis Muñoz Arjona | 5 Juan Jose Juarte Hexangui | 5 | | |
| 6 Jose Granados Navedo | 6 Luis A  Dujeso | 6 Irma Rodriguez | 6 | | |

*ANEJO VIII, Ejemplos A al D*

La Junta Revisora concluyó:

Si el elector escribió el nombre del candidato Francisco Santos o cualquiera de los otros nombres por los que hemos especificado que se identifica a tal candidato, en cualquier espacio en blanco de la papeleta que no afecte a ningún otro candidato, dicho voto también debe adjudicarse a su favor.

DISPONIENDOSE, además, que en aquellos casos en que el elector tachó el nombre de un candidato a Alcalde, sustituyéndolo por el nombre de "Francisco Santos", "Paco Santos" o "Santos" o ya escribiendo las iniciales por las que claramente se identifica a dicho candidato (véase el Anejo I, Anejo II, Ejemplo C, Anejo III y Anejo IV), deberá restarse un voto al candidato a Alcalde por el partido político de que se trate si el elector votó a su vez a favor de dicho partido político.

 Confirmada esta determinación por el Tribunal.

# ANEJO VIII, EJEMPLOS A AL D

**MODELO**

Municipio de AIBONITO

Distrito Senatorial Núm. 6

COMISION ESTATAL DE ELECCIONES
ELECCIONES GENERALES
**PAPELETA ELECTORAL**
4 DE NOVIEMBRE DE 1980

**MODELO**

Precinto Núm. 73

Distrito Representativo Núm. 27

| PARTIDO NUEVO PROGRESISTA | PARTIDO POPULAR DEMOCRATICO | PARTIDO INDEPENDENTISTA PUERTORRIQUEÑO | PARTIDO SOCIALISTA PUERTORRIQUEÑO | CANDIDATO INDEPENDIENTE | NOMINACION DIRECTA (WRITE IN) |
|---|---|---|---|---|---|
| | | | ¡La Oposición Verdadera! | (A) SANTOS, PACO SANTOS, FRANCISCO SANTOS, F. SANTOS, o, P. SANTOS | Se provee este espacio en blanco para que el elector anote en ella el nombre de cualquier otro candidato que desee votar, fuera de los que aparecen en las columnas anteriores. Artículo 8.033 Ley Electoral |
| Gobernador de Puerto Rico | Gobernador de Puerto Rico | Gobernador de Puerto Rico | Gobernador de Puerto Rico | | Gobernador de Puerto Rico |
| 1 Carlos Romero Barceló | 1 Rafael Hernández Colón | 1 Rubén Berríos Martínez | 1 Luis Lausell Hernández | (B) FRANCISCO SANTOS, PACO SANTOS, SANTOS, o F. SANTOS | 1 |
| 2 Baltasar Corrada del Río | 2 José Arsenio Torres | 2 Marta Font de Calero | 2 | | 2 |
| 3 Claudio A. Rodríguez | 3 Juan Rivera Ortiz | 3 José L. Paco Rodríguez | 3 Fernando Cerpa Rivera | | 3 |
| 4 Felicia Burgos Rodríguez | 4 Jose Murano Rios | 4 Candido Luis Cordero | 4 Leonides Colon Burgos | | 4 |
| 5 Israel Quiñones Zapata | 5 Carlos Luis Torres Santiago | 5 Luis A. Cruz Benítez | 5 Victor M. Sánchez Solsvan | | 5 |
| 6 Gerardo Rodríguez Rivera | 6 Benigno Capo Lopez | 6 Israel González Hernandez | 6 Edwin Matos Hernandes ▪ Héctor Roque Velazquez | | 6 |
| 7 Maximo Moreno Velázquez | 7 Felix Rafael Zayas Rivera | 7 Efren Rivera Ortiz (Fivo) | 7 William Cruz Alicea | (C) SANTOS PACO SANTOS, FRANCISCO SANTOS, P. SANTOS, o F. SANTOS | 7 |
| 8 Héctor M. Delgado Quiles | 8 Oscar Molina Santiago | 8 Carmen Ortiz Martines | 8 | | 8 |
| 9 Josefina González Davila | 9 Maria Elisa Colón Vda. de Bonilla | 9 Carlos F. Veguilla Nuñes | 9 | | 9 |
| 10 José Rivera Rivera | 10 Héctor Matos Rolon | 10 Guillermo Rolon Mateo | 10 | | 10 |
| 11 Wilfredo Ortiz Colón | 11 Angel Rivera Maldonado | 11 Carmelo Rivera Matos | 11 | | 11 |
| 12 Elba Luna Santos | 12 Pedro Berrios Febo | 12 Juan Soto Berrios | 12 | | 12 |
| 13 Reynaldo Bolivar Gonzales | 13 Ramón Vargas Rosano | 13 Juan Negrón | 13 | | 13 |
| 14 Juan A. Gonzalez Rivera | 14 Alejandro Nuñez Matos | 14 Francisco Santiago Rolon | 14 | | 14 |
| 15 Sonia Segarra Hermida | 15 Héctor Aviles Rivera | 15 Rosaura Adrover Rodriguez | 15 | | 15 |
| 16 Teodoro Gonzalez Madera | 16 Felipe Mojıca Morales | 16 José R. Alvelo Mercado | 16 | | 16 |
| 17 Eduardo Rivera Bonilla | 17 Angel Luis Figueroa Figueroa | 17 José R. Rivera Colon | 17 | | 17 |

| SENADORES POR ACUMULACION | SENADORES POR ACUMULACION | SENADORES POR ACUMULACION | SENADOR POR ACUMULACION | | SENADOR POR ACUMULACION |
|---|---|---|---|---|---|
| 1 Efrain Santiago | 1 Justo A. Mendez | 1 Luis Rivera Lecourt | 1 Juan Marí Bras | (D) FRANCISCO SANTOS, PACO SANTOS, SANTOS, F. SANTOS o P. SANTOS | 1 |
| 2 Luis A. Ferre Aguayo | 2 Miguel A. Hernandez Agosto | 2 Justo Echevarria | | | |
| 3 Nicolas Nogueras Castagena | 3 Victor Rodriguez | 3 Héctor Rene Lugo | | | |
| 4 Miguel A. (Mickey) Miranda | 4 Velda Gonzalez Modestti | 4 Jose Juan Hernandez | | | |
| 5 Edwin Ramos Yordan | 5 Sergio A. Pena Clos | 5 Luis Ramos Ramos | | | |
| 6 Calixto Calvo Juarbe | 6 Francisco (Javo) Aponte Perez | 6 Armandino Torres | | | |

| REPRESENTANTES POR ACUMULACION | REPRESENTANTES POR ACUMULACION | REPRESENTANTES POR ACUMULACION | REPRESENTANTE POR ACUMULACION | | REPRESENTANTE POR ACUMULACION |
|---|---|---|---|---|---|
| 1 Freddy Valentin Acevedo | 1 Severo J. Colberg | 1 Ariel Colon Freita | 1 Carlos Gallisa | | 1 |
| 2 Luis Ayala Del Valle | 2 Fernando Jsmos | 2 John J. Rodriguez (Piky) | | | |
| 3 Charlie Rodriguez | 3 Jose Enrique Arrarás | 3 Fernando Martin | | | |
| 4 Osvaldo Torres Velazquez | 4 Rony Jarabo | 4 Carlos Mondriguez | | | |
| 5 Angel Viera Martinez | 5 Luis Munoz Arjona | 5 Juan Jose Juarbe Alvarado | | | |
| 6 Jose Granados Navedo | 6 Luis A. Duprey | 6 Pin o He ntquez | | | |

—O—

Voto disidente del Juez Asociado Señor Díaz Cruz al que se une el Juez Asociado Señor Rigau.

San Juan, Puerto Rico, a 23 de junio de 1981

Disiento de la opinión del Tribunal que acoge como legítimo y digno de controversia lo que a todas luces es un recurso de hostigamiento, que de la propia faz de la solicitud de revisión ante la Junta se muestra totalmente desprovisto de méritos o de cuestión justiciable.

Tenemos resuelto que los tribunales no aplicarán el Derecho a cuestiones académicas ni harán cumplir deberes intangibles. Siguiendo esta norma, que es substantiva y no procesal, y que por tanto no varía con el advenimiento de las Reglas de Procedimiento Civil, hemos dicho que los tribunales no se han constituido para resolver cuestiones académicas. *Viñas* v. *Cuevas, Comisionado*, 61 D.P.R. 295, 296 (1943); que una acción cuyo único objeto es resolver cuestiones abstractas, es puramente académica, y por lo tanto, improcedente. *Navarro* v. *Calderón*, 61 D.P.R. 339, 342 (1943); *Echeandía* v. *Saldaña*, 61 D.P.R. 799, 804 (1943); *Cortés Hnos. & Co.* v. *Menéndez*, 39 D.P.R. 852, 853 (1929), *in fine;* que una causa de acción debe hacer referencia a una verdadera controversia. Las cortes no están constituidas con el fin de resolver cuestiones de derecho especulativas y abstractas, o para establecer reglas que sirvan de norma futura a las personas en sus negocios y relaciones sociales; sino que están limitadas en su acción judicial a las verdaderas controversias en que necesariamente están envueltos los derechos legales de las partes y que pueden ser resueltos concluyentemente. *Bianchi* v. *Pierazzi et al.*, 25 D.P.R. 631, 636 (1917).

El ahora recurrido Francisco Santos, incumbente derrotado en las primarias de su partido P.P.D. en su candidatura a Alcalde del Municipio de Aibonito hizo campaña como candidato de nominación directa (*write in*). El escru-

tinio practicado por la Comisión Estatal de Elecciones dio el siguiente resultado para Alcalde: Capó del P.P.D., 4,399 votos; Rodríguez Rivera del P.N.P., 4,015 votos; y el recurrido Santos, 2,270 votos. Este impugnó ante la Junta Revisora Electoral el resultado certificado por la Comisión bajo la alegación de que dejaron de adjudicarle, por aplicación de reglas de escrutinio de la Comisión, "por lo menos" 300 votos. La insuficiencia numérica de la solicitud de Francisco Santos para cambiar el resultado en su candidatura a la alcaldía es de claridad que hiere la retina.

Desestimaría de plano esta impugnación de resultado de escrutinio porque sus propias alegaciones la caracterizan como ejercicio fútil, toda vez que aun adjudicando al candidato recurrido Sr. Santos los votos que para sí reclama quedaría rezagado a enorme distancia de otros dos contendientes por la Alcaldía de Aibonito. Nadie tiene derecho a inquietar las determinaciones finales de los organismos electorales con reclamaciones vacías de contenido, inconsecuentes o caprichosas. Abrir brecha para este tipo de impugnación es invitar el caos en futuras elecciones en que seguramente proliferarán estas acciones de hostigamiento, desestabilizantes del proceso democrático.

La impugnación de la elección es un proceso democrático de grave responsabilidad, encauzado en el Derecho público, de consecuencias profundas en la estabilidad del régimen y en la confianza del pueblo en el sistema para organizarlo. La acción impugnatoria, más que la acción civil ordinaria, debe estar reservada a quien tenga razón de pedir o base para solicitar remedio. El ataque al resultado electoral no es galería de tiro a la que cualquier concursante puede presentarse con su escopeta a romper platillos de barro.

Los pleitos electorales deben tener una legitimidad que justifique la intervención del Tribunal para proteger la integridad del proceso. La petición en este caso está carente de toda razón para pedir remedio. No satisface el

requisito esencial de exponer hechos que, de probarse, cambiarían el resultado de la elección. Art. 6.014, Ley Electoral, 16 L.P.R.A. sec. 3274; *Esteves* v. *Srio. Cámara de Representantes*, 110 D.P.R. 585 (1981).